UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN D. DANIEL,

        Plaintiff,        Case No. 1:08-cv-829

v.        Honorable Gordon J. Quist

THOMAS K. BELL et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day:

IT IS ORDERED that the order granting Plaintiff leave to proceed *in forma pauperis* (docket #4) is VACATED.

IT IS FURTHER ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within thirty days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.


Dated: November 21, 2008        /s/ Gordon J. Quist
                                                      Gordon J. Quist
                                                      United States District Judge